No. 04–6686. GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6691. HAFF *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6694. ROGERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–6699. GALVEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6704. GAUGHAN *v.* FEDERAL BUREAU OF PRISONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–6705. AILSWORTH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6706. HODGE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6707. YUK RUNG TSANG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–6709. TERRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6712. TAYLOR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–6716. HERNANDEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6718. GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6724. PEREZ *v.* HASTINGS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–6728. DORMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–6729. DOMINGUEZ-GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6746. BRASLAU *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.